**No. 56732.**—General Felt Products Co. *v.* United States, protest 166213–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that which was the subject of *The Midwest Waste Material Co.* and *E. J. Keller Co., Inc.* v. *United States* (28 Cust. Ct. 8, C. D. 1382), the claim of the plaintiff was sustained.

FORD, J., dissented from the conclusion reached by his associates in this case for the reasons stated in his dissenting opinion in C. D. 1382, *supra*.